1 So.2d 44

Robert HALLEY, alias Holley v. STATE.

I Div. 371.

Court of Appeals of Alabama.
Jan. 14, 1941.

Bart B. Chamberlain, Jr., of Mobile, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

8 So.2d 902

John HAMBRICK v. STATE.

8 Div. 227.

Court of Appeals of Alabama.
May 26, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed.

1 So.2d 44

Nancy HAMILTON v. STATE.

8 Div. 127.

Court of Appeals of Alabama.
Feb. 25, 1941.

Henry D. Jones, of Moulton, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

3 So.2d 921

Virginia HAMILTON v. STATE.

I Div. 404.

Court of Appeals of Alabama.
June 17, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

5 So.2d 848

Thomas L. HANEY v. STATE.

6 Div. 800.

Court of Appeals of Alabama.
Dec. 16, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

4 So.2d 922

Herman HARDIN v. STATE.

8 Div. 189.

Court of Appeals of Alabama.
Oct. 28, 1941.

Wm. Stell, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.